UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN Re:  Case No. 16-30397
Ferguson Convalescent Home, Inc.,  Chapter 11
          Debtor.  Judge Daniel Opperman
_____/

## ORDER FOR APPOINTMENT OF ATTORNEY

IN THIS MATTER, the Debtor, Ferguson Convalescent Home, Inc. having filed in said court its petition praying leave to employ MARTIN W. HABLE as attorney for the Debtor to act on a general retainer basis, and it appearing that such leave should be granted and that entry of such Order is proper,

IT IS ORDERED that MARTIN W. HABLE be and hereby is appointed attorney for the Debtor herein on a general retainer basis, effective from the date of the filing of the petition herein. Said attorney shall be entitled to reasonable and necessary fees and expenses all subject to court approval.

**Signed on March 08, 2016**

                                                **/s/ Daniel S. Opperman**
                                                **Daniel S. Opperman**
                                                **United States Bankruptcy Judge**