UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (Flint)

In re:

FERGUSON CONVALESCENT
HOME, INC.,

    Debtor.

Chapter 11
Case No. 16-30397-dof
Hon. Daniel S. Opperman

_____/

# MOTION OF MCLAREN LONG TERM CARE PHARMACY FOR (i) ALLOWANCE AND PAYMENT OF ITS 11 U.S.C. § 503(b)(9) CLAIM AND (ii) ALLOWANCE AND PAYMENT OF OUTSTANDING <u>ADMINISTRATIVE EXPENSES</u>

McLaren Long Term Care Pharmacy ("McLaren"), by its counsel, Erman, Teicher, Zucker & Freedman, P.C., states its Motion for (i) Allowance and Payment of its 11 U.S.C. § 503(b)(9) Claim and (ii) Allowance and Payment of Outstanding Administrative Expenses (the "Motion") as follows:

1.     This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

2.     Venue is appropriate pursuant to 28 U.S.C. §§ 1408 and 1409.

3.     The statutory bases for the relief requested herein are Sections 105 and 503 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3003 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 3003-1.

4. On February 24, 2016 (the "Petition Date"), the Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code. Debtor has continued to operate its business and manage its affairs as debtor in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

5. No Trustee or examiner has been appointed in this case, although a Motion to Appoint a Trustee [Doc. No. 51] is pending as of the date of this Motion.

6. Debtor issued regular statements of account to Debtor prior to the Petition Date. Attached as Exhibit 6 is the Statement dated February 29, 2016 (the "Statement"), which includes goods sold and delivered to the Debtor in the ordinary course of the Debtor's business, including the time period February 4, 2016 through February 24, 2016.

7. The value of the Goods delivered to and received by Debtor was in the amount of $3,328.79.[1]

8. Section 503(b)(9) the Bankruptcy Code provides for the allowance of administrative expenses, after Notice and a Hearing, for "the value of any goods received by the debtor within 20 days before the date of commencement of a case

---

[1] This amount and the amount requested below as a §503(b)(1) claim are included in the proof of claim filed by McLaren in this matter [Claim No. 2]. The proof of claim will be amended in accordance with the relief granted pursuant to this Motion.

under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business." 11 U.S.C. § 503(b)(9).

9. As evidenced by Exhibit 6, within such 20 day period, McLaren provided goods in the aggregate amount of $3,328.79 consisting of various medications, pharmaceuticals and medical supplies (the "Goods"). The Goods were sold to the Debtor in the ordinary course of Debtor's business and were received by the Debtor within 20 days prior to the petition date. Therefore, McLaren is entitled to an administrative expense claim under 11 U.S.C. §503(b)(9) in the amount of $3,328.79.

10. Additionally, Exhibit 6 contains references to invoices for Goods that were sold and delivered to Debtor on or after the Petition Date, in the amount of $672.10.

11. McLaren requests payment of $672.10 as an expense of administration pursuant to 11 U.S.C. §503(b)(1), as the Goods purchased by Debtor from McLaren were "actual, necessary costs and expenses of preserving the estate", in that the Goods were necessary medications, pharmaceuticals and medical supplies for Ferguson Convalescent Home patients and residents.

12. McLaren requests that the total amount of $4,000.89 be paid to it promptly upon allowance of same.

Wherefore, McLaren Long Term Care Pharmacy respectfully requests that the Court enter an order, in the form attached hereto as Exhibit 1, allowing McLaren Long Term Care Pharmacy (i) an administrative expense claim pursuant to 11 U.S.C. §503(b)(9) in the amount of $3,328.79 and (ii) an administrative expense claim pursuant to 11 U.S.C. §503(b)(1) in the amount of $672.10, directing the Debtor, or Trustee if one is appointed, to promptly pay the total amount of the administrative expense claims in the amount of $4,000.89, and granting such other relief as appropriate in this matter.

Respectfully submitted,

ERMAN, TEICHER, ZUCKER & FREEDMAN, P.C.

BY: /s/ *Julie Beth* Teicher
JULIE BETH TEICHER (P34300)
Counsel for McLaren Long Term Care Pharmacy
400 Galleria Officentre, Suite 444
Southfield, MI 48034
(248) 827-4100
jteicher@ermanteicher.com

DATED: June 27, 2016