# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (Flint)

In re:

FERGUSON CONVALESCENT
HOME, INC.,

      Debtor.
_____/

Chapter 11
Case No. 16-30397-dof
Hon. Daniel S. Opperman

## NOTICE OF OPPORTUNITY TO RESPOND OR REQUEST HEARING ON MOTION OF MCLAREN LONG TERM CARE PHARMACY FOR (i) ALLOWANCE AND PAYMENT OF ITS 11 U.S.C. § 503(b)(9) CLAIM AND (ii) ALLOWANCE AND PAYMENT OF OUTSTANDING ADMINISTRATIVE EXPENSES

      Please take notice that Erman, Teicher, Zucker & Freedman, P.C. has filed a Motion on behalf of McLaren Long Term Care Pharmacy for (1) Allowance and Payment of its 11 U.S.C. § 503(b)(9) Claim and (ii) Allowance and Payment of Outstanding Administrative Expenses (the Motion").

      **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the Court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, within 14 days you or your attorney must:

      Electronically file with the court a written response or an answer explaining your position. This response or answer must comply with LBR 9014-1. You may find more information regarding electronic filing at the Court's website, www.mieb.uscourts.gov, or by visiting the office of the Clerk of the Court, United States Bankruptcy Court, 226 W. Second St., Flint, MI 48502.

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. The address for mailing is:

>Clerk of the Court
>United States Bankruptcy Court
>226 W. Second St.
>Flint, Michigan 48502

You must also serve a copy on:

>Julie Beth Teicher, Esq.
>Erman, Teicher, Zucker & Freedman, P.C.
>400 Galleria Officentre, Ste. 444
>Southfield, MI 48034
>(248) 827-4100
>jteicher@ermanteicher.com

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

>Respectfully submitted,
>
>ERMAN, TEICHER, ZUCKER & FREEDMAN, P.C.
>
>BY: /s/ *Julie Beth* Teicher
>    JULIE BETH TEICHER (P34300)
>    Counsel for McLaren Long Term Care Pharmacy
>    400 Galleria Officentre, Suite 444
>    Southfield, MI 48034
>    (248) 827-4100
>    jteicher@ermanteicher.com

DATED: June 27, 2016