UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
FLINT

In the Matter of:                                 Case No. 16-30397

**FERGUSON CONVALESCENT HOME, INC.**

                                                      In Proceedings Under
                                                      Chapter 11

                 Debtor.                           Hon. Daniel S. Opperman
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Michael E. Baum of Schafer and Weiner, PLLC, enters his appearance in this case on behalf of interested party, Nationwide Healthcare Services, LLC, on behalf of an entity to be formed. Please add the firm's name and office address to the Matrix, as set forth below, and forward copies of all notices and other correspondence regarding the above-captioned case.

                 Michael E. Baum, Esq.
                 Schafer and Weiner, PLLC
                 40950 Woodward Avenue
                 Suite 100
                 Bloomfield Hills, MI 48304

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy

{00641820.1}

Procedure but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in this matter, whether transmitted or conveyed by ECF filing, mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise.

The foregoing request includes all notices required to be served under any and all provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 3017 and 9007.

Respectfully submitted,

SCHAFER AND WEINER, PLLC

/s/ Michael E. Baum
Michael E. Baum (P29446)
40950 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
ph # (248) 540-3340
mbaum@schaferandweiner.com
*Nationwide Healthcare Services, LLC*

Dated: June 27, 2016