UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

FERGUSON CONVALESCENT HOME, INC.,  No. 16-30397-DOF
                                    Chapter 11
　　　　Debtor.                      Judge Daniel Opperman
_____/

## NOTICE OF FILING PATIENT CARE OMBUDSMAN'S FIFTH REPORT

Deborah L. Fish, the Patient Care Ombudsman, hereby files her Fifth Report to the Court, attached hereto as Exhibit A, as to the quality of patient care rendered by the Debtor.

ALLARD & FISH, P.C.

/S/Deborah L. Fish
Patient Care Ombudsman
2600 Buhl Bldg.
535 Griswold Avenue
Detroit, MN 48226
(313) 961-6141
dfish@allardfishpc.com
P36580

Dated: July 29, 2016
z:\16\008\plds\notice.5th report.doc

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

FERGUSON CONVALESCENT HOME, INC.,     No. 16-30397-DOF
                                                                       Chapter 11
          Debtor.                                        Judge Daniel Opperman
_____/

## EXHIBIT A

## PATIENT CARE OMBUDSMAN'S FIFTH REPORT

Deborah L. Fish, patient care ombudsman, appointed by order dated March 24, 2016 (Docket #35), in accordance with Section 333 of Title 11 of the United States Bankruptcy Code (the "Code"), submits this fifth report on the status of the quality of patient care in the Chapter 11 case of Ferguson Convalescent Home, Inc. (the "Debtor"). Since my last filed report dated June 6, 2016, I provided two oral reports to the court, the first on June 28, 2016 and the second on July 19, 2016. This fifth report is based upon a site visit, and discussions with the residents, staff, the administrator, Paul Ferguson, as well as communications with the assistant administrator, Destiny Wilkens.

## INTRODUCTION

The Debtor filed a petition under Chapter 11 of the Code on February 24, 2016. The Debtor is a privately owned and licensed long-term skilled nursing facility located at 239 S. Main St., Lapeer, Michigan 48446. It consists of 87 licensed beds, located within a leased facility. The Debtor currently has 59 residents and employs nearly 100 full and part-time employees. This report summarizes the current quality of patient care at the Debtor's facility.

## PATIENT STAFFING AND SERVICES

There have not been any changes to the Debtor's nursing staff since my last report. The staffing ratio continues to meet the required guidelines. The management level staff has changed. The assistant administrator has accepted a new position and is no longer employed by the Debtor. Her replacement will start in the second week of August. Mr. Ferguson and other administrative staff will fill the void until the new employee starts. This change should not impact the quality of care provided to the residents.

## QUALITY OF CARE

The Debtor has maintained all of its services and is delivering similar quality care to essentially the same patient population as it did pre-petition.

I was at the facility on July 19, 2016 and observed the afternoon daily routines of the residents. I spoke with a number of residents about their opinions on care, the staff, the food, and the cleanliness of the facility. I did not receive any complaints. I followed up with two of the residents I had lengthy interviews with a few months ago and both of them continue to be pleased with the care they receive. The residents are well groomed and wearing clean clothes.

The facility continues to be well maintained; the floors, washrooms, bathrooms and resident rooms were clean. There were no foul odors anywhere in the facility.

Security

There are no changes in security since my last report.

Supplies

The administration has confirmed that the Debtor is continuing to receive all of its necessary supplies without any interruptions in service.

2

16-30397-dof    Doc 82    Filed 07/29/16    Entered 07/29/16 16:32:01    Page 3 of 5

Financial Matters

The court held a status conference pursuant to my request continued in the Patient Care Ombudsman Fourth Report [Docket No. 48] dated June 6, 2016. That request articulated three concerns, that would, if not addressed, affect patient care. Those concerns are being addressed by the Debtor. The Debtor has identified a purchaser and is moving forward with the sale. Secondly, the Debtor negotiated DIP financing and now has an ability to draw up to $50,000.00, if needed, to pay payroll or other essential expenses. These developments provide stability to the facility and ease, for the time being, concerns over the Debtor's ability to continue to deliver the quality of patient care the residents deserve.

## **CONCLUSION**

The Debtor has continued the same quality of care post-petition as it did pre-petition. Monitoring will continue.

> ALLARD & FISH, P.C.
>
> /S/Deborah L. Fish
> Patient Care Ombudsman
> 2600 Buhl Bldg.
> 535 Griswold Avenue
> Detroit, MN 48226
> (313) 961-6141
> dfish@allardfishpc.com
> P36580

Dated: July 29, 2016
z:\16\008\plds\5th report.doc

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

FERGUSON CONVALESCENT HOME, INC.,    No. 16-30397-DOF
                                      Chapter 11
       Debtor.                        Judge Daniel Opperman
_____/

**CERTIFICATION OF SERVICE**

    I, Regina Drouillard, hereby certify that on July 29, 2016, I electronically filed the following:

- Notice of Filing Patient Care Ombudsman's Fifth Report

with the Clerk of the Court using the ECF and I hereby certify that the Court's ECF system has served all registered users.

                              ALLARD & FISH, P.C.


                              /S/Regina Drouillard
                              535 Griswold
                              2600 Buhl Building
                              Detroit MI  48226
                              (313) 961-6141

Dated:  July 29, 2016
z:\16\008\plds\notice.5th report.doc