UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In re:  Case No. 16-30397-dof

FCH Home, Inc. f/k/a  Chapter 11
Ferguson Convalescent Home, Inc.,

Hon. Daniel S. Opperman

    Debtor.
_____/

**ORDER GRANTING TRUSTEE'S MOTION FOR DISMISSAL OF CHAPTER 11 BANKRUPTCY CASE, FOR APPROVAL OF FINAL DISTRIBUTION AND SURCHARGE PURSUANT TO §506(c) FOR FINAL ADMINISTRATIVE EXPENSES**

This matter having come before the Court upon the Trustee's Motion for Dismissal of Chapter 11 Bankruptcy Case, for Approval of Final Distribution, and Surcharge Pursuant to §506(c) for Final Administrative Expenses ("Motion to Dismiss"), proper notice having been provided to all creditors, parties and parties in interest, no response having been filed, or, if an objection having been filed, such objection being hereby expressly overruled, the Court **HEREBY ORDERS AS FOLLOWS**:

    1.    The Trustee's Motion for Dismissal of Chapter 11 Bankruptcy Case, for Approval of Final Distribution, and Surcharge Pursuant to §506(c) for Final Administrative Expenses is approved.

2. The Final Administrative Expenses[1] as approved by this Court and the fees owed to the Office of the United States Trustee ("Trustee Surcharge") are necessary and beneficial to the estate, the IRS, State of Michigan, and DHHS and any other allowed secured claim, and payment of the Trustee Surcharge is authorized pursuant to §506(c) and shall be paid first from collateral of any secured creditor and the proceeds of any and all assets of the estate.

3. After payment of the Final Administrative Expenses and distribution of the remaining funds to the IRS on account of its secured claim, the Trustee shall file with the Court a Certificate of Counsel and Request for Entry of Order Dismissing Chapter 11 Case substantially in the same form as that attached to the Motion to Dismiss.

**Signed on December 12, 2017**

4.



/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge

---

[1] All terms not defined herein have the same meaning as set forth in the Motion to Dismiss.