UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In re:  Case No. 16-30397-dof

FCH Home, Inc. f/k/a  Chapter 11
Ferguson Convalescent Home, Inc.,

Hon. Daniel S. Opperman

    Debtor.
_____/

**<u>CORRECTED CERTIFICATION OF COUNSEL AND REQUEST FOR ENTRY OF ORDER DISMISSING CHAPTER 11 CASE</u>**

Pursuant to the Order Granting Trustee's Motion for Dismissal of Chapter 11 Bankruptcy Case, for Approval of Final Distribution, and Surcharge Pursuant to §506(c) for Final Administrative Expenses ("Dismissal Order"), Charles J. Taunt, Chapter 11 Trustee hereby submits the following Certification of Counsel and Request for Dismissal:

1. FCH Home, Inc., formerly known as Ferguson Convalescent Home, Inc. ("Debtor") filed its Petition for relief under Chapter 11 on February 24, 2016 (the "Petition Date").

2. On December 13, 2016 ("Appointment Date"), Charles J. Taunt was appointed as Chapter 11 Trustee ("Trustee") over the estate of the Debtor (Docket No. 139). No creditors committee has been appointed.

3. Prior to and after the Petition Date, the Debtor operated a nursing home located at 239 S. Main Street, Lapeer, Michigan. The Debtor's operating assets were sold pursuant to the Sale Order.

4. On December 12, 2017, the Court has found that after distribution of the remaining assets, dismissal of the Chapter 11 case was warranted ("Dismissal Order").

5. The Trustee distributed $972,240.82 in the first quarter of 2018, resulting in all funds of the estate being distributed.

6. Counsel for the Trustee submits that distribution of all remaining funds held by the Trustee is complete and that dismissal of the bankruptcy case is appropriate pursuant to the Dismissal Order.

7. As such, the Trustee hereby requests entry of an Order substantially in the form attached hereto as **Exhibit 1,** dismissing the Debtor's Chapter 11 case.

Dated: October 4, 2018

                                                  THE TAUNT LAW FIRM
*Attorneys for Trustee*

By: /s/ Erika D. Hart
Charles J. Taunt (P24589)
Erika D. Hart (P67457)
Matthew P. Taunt (P69696)
700 E. Maple Rd., 2nd Floor
Birmingham, MI 48009
Telephone: (248) 644-7800
E-Mail: ehart@tauntlaw.com

**Exhibit 1-Proposed Dismissal Order**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

| | |
|---|---|
| In re: | Case No. 16-30397-dof |
| FCH Home, Inc. f/k/a Ferguson Convalescent Home, Inc., | Chapter 11 |
| | Hon. Daniel S. Opperman |
| Debtor. | |
| _____/ | |

## **ORDER DISMISSING CHAPTER 11 CASE**

Pursuant to the Order Granting Trustee's Motion for Dismissal of Chapter 11 Bankruptcy Case, for Approval of Final Distribution, and Surcharge Pursuant to §506(c) for Final Administrative Expenses ("Dismissal Order"), entered on December 12, 2017, and the Certification of Counsel and Request for Entry of Order Dismissing Chapter 11 Case filed on October 4, 2018 (Docket No. ___), it is ORDERED AS FOLLOWS:

1. Pursuant to §1112(b) of the Bankruptcy Code, this Chapter 11 case is hereby dismissed.

2. Notwithstanding §349 of the Bankruptcy Code, prior orders of the Court shall survive dismissal of this case.

3. To the extent the Trustee receives any funds for the Debtor after dismissal; the Trustee is authorized to endorse those checks to the Internal

Revenue Service until such time as the secured claim of the Internal Revenue Service is paid in full.