UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In re:                                              Case No. 16-30397-dof

FCH Home, Inc. f/k/a                                Chapter 11
Ferguson Convalescent Home, Inc.,
                                                    Hon. Daniel S. Opperman
    Debtor.
_____/

# ORDER DISMISSING CHAPTER 11 CASE

Pursuant to the Order Granting Trustee's Motion for Dismissal of Chapter 11 Bankruptcy Case, for Approval of Final Distribution, and Surcharge Pursuant to §506(c) for Final Administrative Expenses ("Dismissal Order"), entered on December 12, 2017, and the Certification of Counsel and Request for Entry of Order Dismissing Chapter 11 Case filed on October 4, 2018 (Docket No. 397), it is ORDERED AS FOLLOWS:

1. Pursuant to §1112(b) of the Bankruptcy Code, this Chapter 11 case is hereby dismissed.

2. Notwithstanding §349 of the Bankruptcy Code, prior orders of the Court shall survive dismissal of this case.

3. To the extent the Trustee receives any funds for the Debtor after dismissal; the Trustee is authorized to endorse those checks to the Internal Revenue

Service until such time as the secured claim of the Internal Revenue Service is paid in full.

**Signed on October 05, 2018**



/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge