Form ntcdsm1

226 West Second Street
Flint, MI 48502

# UNITED STATES BANKRUPTCY COURTS
Eastern District of Michigan

Case No.: **16−30397−dof**
Chapter: 11

In Re: (NAME OF DEBTOR(S))
    Ferguson Convalescent Home, Inc.
    239 S. Main St.
    Lapeer, MI 48446

Social Security No.:

Employer's Tax I.D. No.:
    38−1854201

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order Dismissing Chapter 11 Case Re: Best Interest of the Creditors and the Estate** was entered on **10/5/18** . Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 10/5/18

                BY THE COURT

                Katherine B. Gullo , Clerk of Court
                UNITED STATES BANKRUPTCY COURT